**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE THE APPLICATION OF:**

**PETITIONER:   Eugenio Giampaoli,**
**PETITIONER**

      **-vs-**               **CASE NO:_____**

**RESPONDENT:   Natalie Ciocca**
**RESPONDENT.**
_____/

**VERIFIED PETITION FOR RETURN OF CHILD**
**TO THE PETITIONER**

The Convention on the Civil Aspects of International Child Abduction, done at the Hague on 25 Oct 1980 International Child Abduction Remedies Act, f/k/a 42 U.S.C. 1160 et seq. (1988) revised 22 U.S.C. 9001 et seq. (2014).

**PREAMBLE**

1.     This petition is brought under *The Convention on the Civil Aspects of International Child Abduction, done at the Hague on 25 Oct 1980 (Convention)* and 22 U.S.C. 9003 (2014) (b), the International Child Abduction Remedies Act (ICARA).   Both the U.S. and Italy are signatories to the *Convention*.   Italy entered the C*onvention* into force on May 1, 1995 and the United States on July 1, 1988.   The U.S. initially implemented the *Convention* through 42 U.S.C. 11601 – 11608 (1988) revised to 22 U.S.C. 9001-9008

(2014).   The provisions of implementation law are in addition to and not in lieu of the provisions of the *Convention*, 22 U.S.C. 9001(2) (2014).

2.      The objects of the *Convention* are:

*a. Article 1(a):   "To secure the prompt return of children wrongfully removed to or retained in any contracting State; and*

*b. Article 1(b):   To ensure that rights of custody and of access under the law of one Contracting State are effectively respected in the other Contracting States."*

## JURISDICTION

3.      This court has jurisdiction pursuant to 22 U.S.C. 9003 (a) (2014).

4.      A decision under the *Convention* is not a determination of the custody of minor children, pursuant to Article 19 of the *Convention* and/or 22 U.S.C. 9001 (b)(4) (2014).

## STATUS OF PARTIES

5.      The child, VGC**,** an Italian and naturalized U.S. citizen, ███████ ███████████████████ resided at ███████████████████████ (AN), Italy since birth; habitually resident in Italy within the meaning of Article 3 of the *Convention* immediately before the removal from Italy by Respondent.

6.      The Petitioner, Eugenio Giampaoli, the un-married natural father

of the child at issue is an Italian citizen, and resides at ████████████

████████████ (MC), Italy.   At the time of the wrongful removal,

the Petitioner was actually exercising custody and has the right of custody

within the meaning of Articles 3 and 5 of the *Convention* under the laws of

Italy.

7.     The Respondent, Natalie Ciocca, the un-married natural mother of

the child at issue, holding Italian, U.S., and Venezuelan citizenship.   Since the

birth of the child the Respondent resided at ████████████████

████ (AN), Italy until the wrongful removal.

8.     Upon information and belief, the child and the Respondent are

presently residing at ██████████ New Port Richey, Florida 34655.

## WRONGFUL **REMOVAL AND RETENTION OF CHILD BY RESPONDENT**

9.     On or about October 3, 2019, Respondent wrongfully removed the

child from Italy within the meaning of Article 3 of the *Convention* and

continues to wrongfully retain the child in the United States despite efforts by

Petitioner to have the child returned.

10.     Consequently, the Petitioner initiated an application through the

Central Authority of Italy under the *Convention* attached hereto as Exhibit "A."

11.     A preponderance of the evidence shows that the Respondent

wrongfully removed the child from Italy and now wrongfully retains the child here in Pasco County, Florida.    The evidence includes specifically, on October 3, 2019, the day of wrongful removal, prior to departing authored a letter sent to the Petitioner by certified mail.    The letter admits to the sudden unilateral removal of the child from Italy with the stated intent on retaining the child in Florida.    This was followed by a text message on October 4, 2019, see Exhibit "B."

12.    A few days after the wrongful removal of the child from Italy, on October 16, 2019, the Respondent/Mother filed in the Sixth Judicial Circuit in and for Pinellas County, Florida, a petition under a Florida Chapter 742 Paternity   styled "*In the Matter of Natalie Ciocca, Petitioner/Mother vs. Eugenio Giampaoli Respondent/Father*" Case No: 19-009533.    On January 16, 2020, upon learning about the Mother's State of Florida court action the Petitioner/Father herein filed a "*Notice of Related Cases*" informing the court that a *Convention* action had been initiated through the Central Authority of Italy.    A Case Management Conference has been set for February 26, 2020. No orders have been issued in the Florida State court paternity matter.    The Petitioner herein was served the paternity petition in Italy on January 28, 2020; no response has been filed to date.

As part of the Florida paternity action, contrary to the residence admission language in the certified letter (Exhibit "B") the Respondent filed a sworn Uniform Child Custody Jurisdiction Enforcement Affidavit (UCCJEA) which omits any reference to the child's residence in Italy, see Exhibit "C."

13. The attached composite Exhibit "D" further substantiates the Petitioner's allegations that the Respondent wrongfully removed the child from Italy at the time the petitioner was exercising custody immediately before the taking.   The composite exhibit holds:

Page   Description

| Page | Description |
|------|-------------|
| 1 | Monthly photographs of the child in Italy from date of birth, ███████ ███████, through September 20, 2019 immediately before the wrongful removal October 3, 2019. |
| 8 | Photographs of the child's June 23, 2019 baptism ceremony in Italy. |
| 9 | Respondent's Registered Historic Family Status in Italy as of June 3, 2002. |
| 11 | Registered Statement of Residence for the minor child, and showing the additional residents, Respondent, and Maternal Grandparents as of the child's date of birth, ███████████. |
| 12 | Respondent/Mother's October 4, 2019 text message to the Petitioner confirming she is unilaterally moving to the U.S. with the child. |
| 13 | Petitioner/Father's Italian passport |
| 14-29 | Declarations attesting to the child's Italian habitual residence by local Italian residents Leonardo Latini, Moretti Augusto, Denise Sgolastra, Antonella Cattolica, and Roberto Mariotti. |

## CUSTODY PROCEEDINGS IN ITALY

14. No court action has been filed in Italy at the time of the instant filing

but it is anticipated within days.

## RETURN **HEARING AND TRAVEL DOCUMENTS OF THE CHILD**

15.　The Petition respectfully requests, pursuant to Article 11 of the *Convention,* that this court expeditiously sets a return hearing for a final decision ordering the return of the child forthwith to Italy, see *Grau v. Grau* 780 Fed.Appx. 787 @ 792 (11th Cir. 2019).

16.　To protect the well-being of the child involved or to prevent the child's further removal or concealment before the final disposition of the petition, the Petition respectfully requests this court to order the Respondent to surrender the child's Italian, U.S. and any other passport or documents for international travel, 22 U.S.C. 9004(a) (2014).   And, that if the child is allowed to travel as part of the Respondent's passport that it be surrendered during the pendency of this matter.

## **ATTORNEY FEES AND COSTS**

17.　Petitioner requests repayment for all expenditures incurred by Petitioner because of the wrongful removal and/or retention of the child by Respondent under Article 26 and 22 U.S.C. 9007(b) 3 (2014) of the *Convention.*

## RELIEF REQUESTED

**WHEREFORE** the Petitioner, Eugenio Giampaoli, respectfully

requests the Court:

(a)    To set an expedited hearing for the return of the child, **VGC,** to Italy

forthwith.

(b)    To order the Respondent to surrender the child's Italian, U.S. and

any other passport or documents for international travel at the time of service of

tis petition by the U.S. Marshall. .

(c)     Order the Respondent to pay all costs and fees incurred to date as

set forth in Article 26 of the *Convention* and 22 U.S.C. 9007(b)3 (2014),

reserving jurisdiction over future expenses,

(d)    Grant such other relief as may be appropriate under the

circumstances.

## VERIFICATION
### 28 U.S.C. §1746

I declare under penalty of perjury under the laws of the U.S. of America

that the foregoing is true and correct this 11 day of February 2020. .

_____

**Eugenio Giampaoli, Petitioner**

_____

## CERTIFICATE OF FONT AND POINT SELECTION

I HEREBY CERTIFY that the foregoing was prepared in Times New Roman

font in14 point type in compliance with Local Rule 5.1(B)

Respectfully submitted by

Michael C. Berry, Sr., Esq.
Florida Bar No. 897949
The Berry Law Firm, P. A.
4500 140th Ave N.., Suite 219
Clearwater, FL
Tel: 727-447-0533
E-Mail mcberry@berrylaw.com
Trial Counsel for Petitioner







# *Ministero della Giustizia*

### DIPARTIMENTO GIUSTIZIA MINORILE
AUTORITÀ CENTRALI
Via Damiano Chiesa n° 24 - 00136 – ROMA Tel. 06.68188.1 – Fax 06.68808085
e-mail: autoritacentrali.dgmc@giustizia.it

**CONVENZIONE DE L'AJA SUGLI ASPETTI CIVILI DELLA SOTTRAZIONE
INTERNAZIONALE DI MINORI
AUTORITÀ CENTRALE**
HAGUE CONVENTION ON CIVIL ASPECTS OF THE INTERNATIONAL
CHILD ABDUCTION OF 25 OCTOBER 1980
CENTRAL AUTHORITY

### ISTANZA DI RESTITUZIONE
APPLICATION FOR RETURN

| **AUTORITÀ CENTRALE RICHIEDENTE**<br>REQUESTING CENTRAL AUTHORITY | **AUTORITÀ CENTRALE RICHIESTA**<br>REQUESTED CENTRAL AUTHORITY |
|---|---|
| | |

**Concerne il minore che compirà 16 anni il:**
Concerns the following child who will attain the age of 16 on: 20/09/2034

| **IDENTITÀ DEL MINORE**<br>Identity of the child | | | |
|---|---|---|---|
| **COGNOME**<br>Surname | ████████████ | | |
| **NOME**<br>Name | ██████████ | | |
| **SESSO**<br>Sex | M ☐ | F ☐X | |
| **DATA DI NASCITA**<br>Date of birth | ████████ | **LUOGO DI NASCITA**<br>Place of birth | SENIGALLIA   (AN)<br>ITALY |
| **NAZIONALITA'**<br>Nationality | | ITALIAN AND NATURIZED AMERICAN | |
| **N° PASSAPORTO O ALTRO DOCUMENTO DI IDENTITA'**<br>Passport or Identification number | | | |
| **LUOGO DI RESIDENZA ABITUALE**<br>Current address | ██████████████ (AN) ITALY | | |

| RECAPITO TELEFONICO<br>Telephone number | MOTHER ████████████ |
|---|---|
| ULTIMO DOMICILIO CONOSCIUTO<br>Last known address | ██████████████████████<br>(AN) ITALY |
| DESCRIZIONE FISICA<br>Physical characteristics | ██████ CHILD WITH LIGHT BROWN HAIR AND<br>GREEN EYES |

| IDENTITA' DEL PADRE | | |
|---|---|---|
| Identity of the father | | |
| COGNOME<br>Surname | GIAMPAOLI | |
| NOME<br>Name | EUGENIO | |
| DATA DI NASCITA<br>Date of birth | ██████ | LUOGO DI<br>NASCITA<br>Place of birth | RECANATI (MC) ITALY |
| NAZIONALITA'<br>Nationality | ITALY | STATO CIVILE<br>Marital Status | FREE |
| N° DOCUMENTO DI IDENTITA'<br>Passport or identification number | ████████████ | |
| LUOGO DI RESIDENZA ABITUALE<br>Current address | ████████████████████<br>PICENA (MC) ITALIA | |
| PROFESSIONE<br>Occupation | BUSINESS OWNER | |
| DOMICILIO<br>Address | ████████████████████<br>PICENA (MC) ITALIA | |
| RECAPITO TELEFONICO<br>Telephone number | ████████ | |
| DESCRIZIONE FISICA<br>Physical characteristics | MAN ALT. 175 CM (5 ' 10" HEIGHT ) BROWN HAIR<br>BROWN EYES, HEAVY BUILD | |

| IDENTITA' DELLA MADRE | | |
|---|---|---|
| Identity of the mother | | |
| COGNOME<br>Surname | CIOCCA | |
| NOME<br>Name | NATALIE | |
| DATA DI NASCITA<br>Date of birth | ██████ | LUOGO DI<br>NASCITA<br>Place of birth | BARUTA MIRANDA<br>( VENEZUELA) |
| NAZIONALITA'<br>Nationality | ITALIAN AND AMERICAN | STATO CIVILE<br>Marital Status | SINGLE |
| N° PASSAPORTO O ALTRO<br>DOCUMENTO DI IDENTITA'<br>Passport or identification number | | |
| LUOGO DI RESIDENZA ABITUALE<br>Current address | ████████████████<br>(AN) ITALY | |
| PROFESSIONE<br>Occupation | NOT A WORKER | |



| DOMICILIO<br>Address | (AN) ITALY |
| --- | --- |
| RECAPITO TELEFONICO<br>Telephone number | ▮▮▮▮▮▮ |
| DESCRIZIONE FISICA<br>Physical characteristics | WOMAN HEIGHT 170 CM (  5' 7" HEIGHT)<br>LIGHT BROWN HAIR AND  BLUE EYES ,<br>HEAVY BUILD |

| DATA E LUOGO DEL MATRIMONIO<br>Date and Place of marriage |
| --- |
| --NOT APPLICABLE - |

| DATA E LUOGO DIVORZIO<br>Date and Place of divorce (separation) |
| --- |
| |

| PARTE RICHIEDENTE<br>Requesting party | |
| --- | --- |
| PADRE  X<br>Father | MADRE ☐<br>Mother |
| ☐ ALTRO (specificare il rapporto col minore)<br>Other (please detail the relationship to the child | |
| RAPPRESENTANTE LEGALE (Recapiti completi)<br>Legal adviser (Address and telephone number) | AVV.ALESSANDRA PERTICARA'<br>TEL. 339.4727912<br>V.Je Regina Margherita n. 133/c<br>62018 - Potenza Picena (MC) |

| LUOGO IN CUI DOVREBBE TROVARSI IL MINORE<br>Child's whereabouts | | |
| --- | --- | --- |
| STATO<br>Nation | FLORIDA (USA) | |
| INDIRIZZO COMPLETO<br>Full address | TRINITY : | STATI UNITI |

| DATI RELATIVI AL PRESUNTO SOTTRATTORE<br>Information concerning the person alleged to have wrongfully removed the child | | | | |
| --- | --- | --- | --- | --- |
| COGNOME<br>Surname | CIOCCA | | | |
| NOME<br>Name | NATALIE | | SESSO<br>Sex | M ☐   F  X |
| DATA DI NASCITA<br>Date of birth | ▮▮▮▮▮▮ | LUOGO DI NASCITA<br>Place of birth | BARUTA MIRANDA<br>(VENEZUELA) | |
| NAZIONALITA'<br>Nationality | ITALIAN AND AMERICAN | | | |
| RECAPITO TELEFONICO<br>Telephone number | ▮▮▮▮▮▮ | | | |

4/E

| ULTIMO DOMICILIO CONOSCIUTO<br>Last known address | ███ (AN) ITALY |
|---|---|

| OTHER PERSONS WITH POSSIBLE ADDITIONAL INFORMATION<br>Dati relativi ad altre persone che possano fornire informazioni | | |
|---|---|---|
| Surname and Name<br>Generalità | Full Address<br>Indirizzo completo | Phone<br>Recapito telefonico |
| CIOCCA RITA GYARFAS | ███<br>LORETO (AN) ITALY | ███ |

| MOMENTI, LUOGHI, DATE, CIRCOSTANZE DELLA SOTTRAZIONE<br>Time, place, date and circumstances of the wrongful removal |
|---|
| On 3/10/2019 Mrs. Ciocca left her residence in Italy bringing with her the minor ███ without notifying her father Giampaoli Eugenio. The same did deliver an messange up to Giampaoli on 4.10.2019 and then a registered letter dated 3/10/2019 where she clearly reported having moved to Florida. |

| MOTIVI DI FATTO O DI DIRITTO CHE GIUSTIFICANO LA RICHIESTA<br>Factual or legal grounds justifying the request |
|---|
| It should be specified that Giampaoli at the end of September, given the critical situation that had arisen between the parents, had entrusted his trusted lawyer who sent a registered letter to Ciocca on 27.09.2019 precisely to have a good-natured agreement regarding the attendance of his daughter . The lawyer appointed by Ciocca replied on 8/10/2019 guaranteeing that the same would return to Italy before Christmas, To date, not only despite all requests, Ciocca has not returned to Italy but has explicitly stated that it will not return. Under the Hague Convention, the minor is an Italian citizen, born and resident in Italy and the regulation of custody and placement of the minor will be regulated in Italy, To date, the abduction of the minor is also evident from a criminal point of view. |

| PERSONA CUI IL MINORE DEVE ESSERE RESTITUITO<br>E MODALITA' DI RESTITUZIONE<br>Child is to be returned to – and proposed arrangements |
|---|
| GIAMPAOLI EUGENIO |

**DOCUMENTAZIONE ALLEGATA**
Attached documents

1. Estratto per riassunto dell'atto di nascita della minore ██████████
   *Extract for summary of the birth certificate of the minor* ██████████
   ████████

2. Certificato di residenza della minore ██████████
   *Certificate of residence of the minor* ██████████

3. Stato di famiglia della minore
   *Family status of the minor*

4. Certificato·di cittadinanza
   *Certificate of citizenship*

5. Certificato di attribuzione del medico pediátrico
   *Certificate of assignment of the pediatric doctor*

6. Certificati vaccinali
   *Vaccine certificates*

7. Fotografie della minore ██████████
   *Photographs of the minor Vanessa with her mother Natalie Ciocca*

8. copia document d'identità del padre sig. Eugenio Giampaoli
   *copy of the identity document of the father Mr. Eugenio Giampaoli*

**DATA:**
Date

**INDIRIZZO:**
Address

**TELEFONO:**
Phone

**TIMBRO DELL'AUTORITA' CENTRALE E/O FIRMA DEL RICORRENTE:**
Stamp of the Central Authority and/or signature of the applicant:

*Round stamp:*     Department for Juvenile Justice - Ministry of Justice
                   Via Damiano Chiesa n° 24 – 00136 ROME

**Petitioner's Exhibit A - Page 000006**



## COMUNE DI LORETO
Provincia di Ancona

### 6 ° Settore Funzionale – SERVIZI
**Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali**

# OFFICE OF THE REGISTRY
## SUMMARY OF BIRTH CERTIFICATE RECORD

| Year | Part | Series | Number |
|------|------|--------|--------|
| 2018 | 1 | A | 47 |

Based on the Birth Records of this City,

████████████████████

Gender: female

Born in **SENIGALLIA** (Province of Ancona)
On ████████████████
At 00:51am

Father:     GIAMPAOLI EUGENIO
Mother:   CIOCCA NATALIE

Notes:

No other significate notes

**Loreto,** January 22, 2020

Registry Office

Paolo Severini

**Petitioner's Exhibit A - Page 000006**



## COMUNE DI LORETO
### Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
**Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali**

## Certificate of Residence
The Registry Office
Based on the office records certifies that:

███████████████████████

DOB: ██████████████   Place of birth: Senigallia

Record no. 47 p. 1 s. A Year 2018 city of Loreto (Province of Ancona)

**Italian SSN:** ██████████████████

**is registered** in the list of residents within this Registry Office

**at the following address:**  Via Montorsetto, No. 5

**Loreto,** January 22, 2020

Registry Office

Paolo Severini



# COMUNE DI LORETO
### Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
### Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

## Family Status
### Based on the office records
### The Registry Office
### **Certifies that:**

The family of ██████████████████████
Who resides in VIA MONTORSETTO, NO. 5
Is composed as follow:

CIOCCA NATALIE                                    **Italian SSN:** ████████████
Born on ████████ in BARUTA-MIRANDA (Venezuela)
Record no. 34 p. 2 s. B Year 2001 city of LORETO (Province of Ancona)

████████████
Born on ████████ in SENIGALLIA (Province of Ancona)    **Italian SSN:** ████████████
Record no. 47 p. 1 s. A Year 2018 city of LORETO (Province of Ancona)

CIOCCA LEGNANI ITALO ANTONIO
Born on ████████ in LORETO (Province of Ancona)    **Italian SSN:** ████████████
Record no. 83 p. 1 s. A Year 1942 city of LORETO (Province of Ancona)

GYARFAS RITA
Born on ████████ in CARACAS (Venezuela)            **Italian SSN:** ████████████
Record no. 35 p. 2 B

**Loreto,** January 22, 2020


Registry Office

Paolo Severini

**Petitioner's Exhibit A - Page 000009**



## COMUNE DI LORETO
### Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
### Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

## Certificate of Citizenship
### The Registry Office
Based on the office records certifies that:

DOB:█████████   Place of birth: Senigallia                    Italian SSN:

Record no. 47 p. 1 s. A Year 2018 city of Loreto (Province of Ancona)   ████████████

### **is an Italian Citizen**

**Loreto,** January 22, 2020

Registry Office

Paolo Severini

**Petitioner's Exhibit A - Page 000009**

12/4



**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Falconara, Jesi, Senigallia
Ufficio Anagrafe Assistiti

NOMINATIVO

▮▮▮▮▮

LUOGO E DATA DI NASCITA
SENIGALLIA il 20/09/2010

NAZIONALITA'
ITALIA

tessera sanitaria integrativa
Visita Medico
Esenzione per Patologia

**CODICE FISCALE**



TIPO ISCRIZIONE

MEDICO
GALASSI NADIA

DATA SCELTA
28/09/2018

RILASCIATO DA
132



[MBA001-00000000000022149288]

---

**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Falconara, Jesi, Senigallia
Ufficio Anagrafe Assistiti

**FORME ASSOCIATIVE**

MEDICO        (ambulatori:1)
ROSSI RENZO
Via Aschubali 22, Loreto

MEDICO        (ambulatori:1)
PIAZZINI CLAUDIO
Via Malagrampa  6, Osimo

MEDICO        (ambulatori:1)
NUZZACI ROBERTO
Via Breccia  2, Castelfidardo

MEDICO        (ambulatori:1)
GARBUGLIA GABRIELE
V.Lo Della Repubblica 9, Camerano

MEDICO        (ambulatori:1)
BRIZI GRAZIANA
Via Donizetti 2, Castelfidardo

MEDICO        (ambulatori:1)
DICHIARA GABRIELLA
Via San Giovanni, 28, Osimo

MEDICO        (ambulatori:1)
NOBILINI ANNA
Via La Fenice 2, Numana

[MBA001-00000000000022149288]

---

**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Falconara, Jesi, Senigallia
Ufficio Anagrafe Assistiti

NOMINATIVO

LUOGO E DATA DI NASCITA
SENIGALLIA il 20/09/2010

NAZIONALITA'
ITALIA

tessera sanitaria integrativa
Visita Medico
Esenzione per Patologia
Super Ufficio Anagrafe

**CODICE FISCALE**

▮▮▮▮▮

DI BARCODE

MEDICO
GALASSI NADIA

CODICE FISCALE MEDICO
GLNNDA54A43E690M

DATA SCELTA
30/09/2018

CONSEGNATO A

IL
21/01/2020

[MBA001-00000000000022149288]

Petitioner's Exh A - page 000011





TERRITORY ZONE NO. 7



REGIONE
MARCHE

## DEPARTMENT OF PREVENTION

### SERVICES OF PUBLIC HEALTH AND HYGIENE

## CERTIFICATE OF VACCINATION

We certify that ▊▊▊▊▊▊▊▊ born on ▊▊▊▊ in SENIGALLIA and resident in
LORETO at the address ▊▊▊▊▊▊ has received the following vaccines:

| CODE | TYPE OF VACCINE | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | DOSE 1 | DOSE 2 | DOSE 3 | DOSE 4 | DOSE 5 | DOSE 6 | OTHER DOSES |
| PCV 13 | Antipneumococco 13Valente | 11/30/18 | 02/08/19 | 08/30/19 | | | | |
| RV | Antirotavirus | 11/30/18 | 02/08/19 | | | | | |
| MPRV | Morbillo/parotite/ Rosolia/varicella | | | | | | | |
| Men B | Antimeningococco B | 01/11/19 | 03/08/19 | | | | | |
| V | Antivaricella | 01/09/20 | | | | | | |
| MPR | Antimorbillo-Rosolia-parotite | 01/09/20 | | | | | | |
| DTPa-IPV-HB-HIV | Esavalente | 11/30/18 | 02/08/19 | 08/30/19 | | | | |

ANCONA, 01-21-2020

The Physician

Silvia Giorgi MD













Petitioner's Exh A - page 000014



## *Ministero della Giustizia*

DIPARTIMENTO GIUSTIZIA MINORILE
AUTORITÀ CENTRALI
Via Damiano Chiesa n° 24 - 00136 – ROMA Tel. 06.68188.1 – Fax 06.68808085
e-mail: autoritacentrali.dgmc@giustizia.it

**CONVENZIONE DE L'AJA SUGLI ASPETTI CIVILI DELLA SOTTRAZIONE
INTERNAZIONALE DI MINORI
AUTORITÀ CENTRALE**
HAGUE CONVENTION ON CIVIL ASPECTS OF THE INTERNATIONAL
CHILD ABDUCTION OF 25 OCTOBER 1980
CENTRAL AUTHORITY

**ISTANZA DI RESTITUZIONE**
APPLICATION FOR RETURN

| **AUTORITÀ CENTRALE RICHIEDENTE**<br>REQUESTING CENTRAL AUTHORITY | **AUTORITÀ CENTRALE RICHIESTA**<br>REQUESTED CENTRAL AUTHORITY |
|---|---|
| | |

**Concerne il minore che compirà 16 anni il:**
Concerns the following child who will attain the age of 16 on: ▮▮▮▮

| **IDENTITÀ DEL MINORE**<br>Identity of the child | | | |
|---|---|---|---|
| **COGNOME**<br>Surname | ▮▮▮▮▮▮▮▮ | | |
| **NOME**<br>Name | ▮▮▮▮▮▮ | | |
| **SESSO**<br>Sex | M ☐ | | F ☐X |
| **DATA DI NASCITA**<br>Date of birth | ▮▮▮▮ | **LUOGO DI NASCITA**<br>Place of birth | SENIGALLIA  (AN)<br>ITALY |
| **NAZIONALITA'**<br>Nationality | ITALIANA E NATURALIZZATA STATUNITENSE | | |
| **N° PASSAPORTO O ALTRO DOCUMENTO DI IDENTITA'**<br>Passport or identification number | | | |
| **LUOGO DI RESIDENZA ABITUALE**<br>Current address | ▮▮▮▮▮▮▮▮▮▮▮▮ (AN) ITALY | | |

Petitioner's Exh A - page 000014



| | |
|---|---|
| **RECAPITO TELEFONICO** <br> Telephone number | ██████████ |
| **ULTIMO DOMICILIO CONOSCIUTO** <br> Last known address | ████████████████ <br> (AN) ITALY |
| **DESCRIZIONE FISICA** <br> Physical characteristics | BAMBINA DI ██████ CAPELLI BIONDI OCCHI CHIARI |

### IDENTITA' DEL PADRE
### Identity of the father

| | |
|---|---|
| **COGNOME** <br> Surname | GIAMPAOLI |
| **NOME** <br> Name | EUGENIO |

| | | |
|---|---|---|
| **DATA DI NASCITA** <br> Date of birth | ████████ | **LUOGO DI NASCITA** <br> Place of birth | RECANATI (MC) ITALY |

| | | | |
|---|---|---|---|
| **NAZIONALITA'** <br> Nationality | ITALIANA | **STATO CIVILE** <br> Marital Status | LIBERO |

| | |
|---|---|
| **N° DOCUMENTO DI IDENTITA'** <br> Passport or identification number | ████████████ |
| **LUOGO DI RESIDENZA ABITUALE** <br> Current address | ████████████ <br> PICENA (MC) ITALIA |
| **PROFESSIONE** <br> Occupation | IMPRENDITORE |
| **DOMICILIO** <br> Address | ████████████ <br> PICENA (MC) ITALIA |
| **RECAPITO TELEFONICO** <br> Telephone number | ████████ |
| **DESCRIZIONE FISICA** <br> Physical characteristics | ADULTO ALT. CM 175 CAPELLI CASTANI OCCHI MARRONI, CORPORATURA ROBUSTA |

### IDENTITA' DELLA MADRE
### Identity of the mother

| | |
|---|---|
| **COGNOME** <br> Surname | CIOCCA |
| **NOME** <br> Name | NATALIE |

| | | |
|---|---|---|
| **DATA DI NASCITA** <br> Date of birth | ████████ | **LUOGO DI NASCITA** <br> Place of birth | BARUTA MIRANDA ( VENEZUELA) |

| | | | |
|---|---|---|---|
| **NAZIONALITA'** <br> Nationality | ITALIANA E AMERICANA | **STATO CIVILE** <br> Marital Status | LIBERA |

| | |
|---|---|
| **N° PASSAPORTO O ALTRO DOCUMENTO DI IDENTITA'** <br> Passport or identification number | |
| **LUOGO DI RESIDENZA ABITUALE** <br> Current address | ████████████ <br> (AN) ITALY |
| **PROFESSIONE** <br> Occupation | ---- |

| **DOMICILIO**<br>Address | ████████████████ (AN) ITALY |
|---|---|
| **RECAPITO TELEFONICO**<br>Telephone number | ████████████ |
| **DESCRIZIONE FISICA**<br>Physical characteristics | DONNA ALTEZZA CM 170 CAPELLI BIONDI OCCHI AZZURRI CORPORATURA ROBUSTA |

### DATA E LUOGO DEL MATRIMONIO
Date and Place of marriage

---LE PARTI NON SONO SPOSATE --

### DATA E LUOGO DIVORZIO
Date and Place of divorce (separation)

--------

### PARTE RICHIEDENTE
Requesting party

| **PADRE  X**<br>Father | **MADRE □**<br>Mother |
|---|---|
| ☐ **ALTRO** (specificare il rapporto col minore)<br>Other (please detail the relationship to the child | |
| **RAPPRESENTANTE LEGALE (Recapiti completi)**<br>Legal adviser (Address and telephone number) | **AVV.ALESSANDRA PERTICARA'**<br>**TEL.** ████████<br>**V.le Regina Margherita n. 133/c**<br>**62018 - Potenza Picena (MC)** |

### LUOGO IN CUI DOVREBBE TROVARSI IL MINORE
Child's whereabouts

| **STATO**<br>Nation | FLORIDA (USA) | |
|---|---|---|
| **INDIRIZZO COMPLETO**<br>Full address | I | TRINITY 3 ... STATI UNITI |

### DATI RELATIVI AL PRESUNTO SOTTRATTORE
Information concerning the person alleged to have wrongfully removed the child

| **COGNOME**<br>Surname | **CIOCCA** | | |
|---|---|---|---|
| **NOME**<br>Name | **NATALIE** | **SESSO**<br>Sex | M □   F  X |
| **DATA DI NASCITA**<br>Date of birth | ████████ | **LUOGO DI NASCITA**<br>Place of birth | BARUTA MIRANDA (VENEZUELA) |
| **NAZIONALITA'**<br>Nationality | ITALO AMERICANA | | |
| **RECAPITO TELEFONICO**<br>Telephone number | ██████████ | | |



| ULTIMO DOMICILIO CONOSCIUTO<br>Last known address | ██████████ (AN) ITALY |
| --- | --- |

## OTHER PERSONS WITH POSSIBLE ADDITIONAL INFORMATION
Dati relativi ad altre persone che possano fornire informazioni

| Surname and Name<br>Generalità | Full Address<br>Indirizzo completo | Phone<br>Recapito telefonico |
| --- | --- | --- |
| CIOCCA RITA GYARFAS | ██████████<br>LORETO (AN) ITALY | ██████ |

## MOMENTI, LUOGHI, DATE, CIRCOSTANZE DELLA SOTTRAZIONE
Time, place, date and circumstances of the wrongful removal

In data 3/10/2019 la sig.ra Ciocca lasciava la sua residenza in Italia portando con sé la minore ██████████ senza avvisare il padre Giampaoli Eugenio. La stessa faceva recapitare un sms via watts up al Giampaoli in data 4.10.2019 e poi una raccomandata datata 3/10/2019 ove chiaramente riferiva di essersi trasferita in Florida.

## MOTIVI DI FATTO O DI DIRITTO CHE GIUSTIFICANO LA RICHIESTA
Factual or legal grounds justifying the request

Va specificato che il Giampaoli alla fine di settembre data la critica situazione venutasi a creare tra i genitori aveva incaricato il proprio legale di fiducia il quale inviava in data 27.09.2019 una raccomandata alla Ciocca appunto per avere un accord bonario in ordine alla frequentazione della figlia. Rispondeva il legale incaricato dalla Ciocca in data 8/10/2019 garantendo che la stessa sarebbe rientrata in Italia prima di Natale. Ad oggi non solo nonostante tutte le richieste la Ciocca non è rientrata in Italia ma ha dichiarato espressamente che non vi farà rientro.
Ai sensi della Convenzione dell'Aja il minore è cittadino italiano,nato e residente in Italia e la regolamentazione dell'affido e della collocazione del minore andrà regolamentata in Italia.
Ad oggi inoltre è evidente la sottrazione del minore anche sotto il profile penalistico.

## PERSONA CUI IL MINORE DEVE ESSERE RESTITUITO E MODALITA' DI RESTITUZIONE
Child is to be returned to – and proposed arrangements

GIAMPAOLI EUGENIO

## DOCUMENTAZIONE ALLEGATA
Attached documents

1. Estratto per riassunto dell'atto di nascita della minore ███████████
2. Certificato di residenza della minore ████████████████
3. Stato di famiglia della minore
4. Certificato di cittadinanza
5. Certificato di attribuzione del medico pediatrico
6. Certificati vaccinali
7. Fotografie della minore ████████ con la mamma Natalie Ciocca
8. copia document d'identità del padre sig. Eugenio Giampaoli

**DATA:**     **22.01.2020**

**INDIRIZZO: VIA A DE GASPERI N. 7 -62018 POTENZA PICENA (MC) ITALIA**

**TELEFONO:** ████████████
Phone

**TIMBRO DELL'AUTORITA' CENTRALE E/O FIRMA DEL RICORRENTE:**
Stamp of the Central Authority and/or signature of the applicant:

*Round stamp:*     Department for Juvenile Justice – Ministry of Justice
Via Damiano Chiesa n° 24 – 00136 ROME

Petitioner's Exh A - page 000019




# COMUNE DI LORETO
Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
### Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

## UFFICIO DI STATO CIVILE

### ESTRATTO RIASSUNTO DAL REGISTRO DEGLI ATTI DI NASCITA

| Anno | Parte | Serie | Numero |
|------|-------|-------|--------|
| 2018 | 1 | A | 47 |

Dal registro degli Atti di Nascita di questo Comune , risulta che :

█████████████████████

di sesso Femminile

è nata a   **SENIGALLIA (AN)**  ████████

alle ore 00:51

Pat.sc      GIAMPAOLI EUGENIO
Mat.sc      CIOCCA NATALIE

Annotazioni:

A MARGINE RISULTA:   N U L L A.

ESENTE DA BOLLO LEGGE n.405/1990

Loreto, lì 07/10/2019

L'ufficiale di Stato Civile

PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi . Ai sensi dell'art. 15 Legge 12 Novembre 2011, n.183

Petitioner's Exh A - page 000019

Petitioner's Exh A - page 000020



# COMUNE DI LORETO

Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI

**Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali**

### CERTIFICATO DI RESIDENZA

L'UFFICIALE D'ANAGRAFE
Visti gli Atti d'Ufficio

CERTIFICA CHE :

█████████████

atto N. 47 p. 1 s. A Anno 2018 di LORETO (AN)

█████████████

**risulta iscritto** nell'Anagrafe della popolazione residente

**con abitazione in** VIA MONTORSETTO N. 5

Loreto, lì 22/01/2020

Esente da diritti ad uso Notifica atti giudiziari.Ai sensi art. 18 del DPR n. 115 del 2002 Ris. n.24/E del18/04/16

L'UFFICIALE D'ANAGRAFE
PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi
(Art.15 , Legge 12 novembre 2011, n. 183)

Petitioner's Exh A - page 000020



# COMUNE DI LORETO

Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI

**Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali**

### STATO DI FAMIGLIA

Visti gli atti d'Ufficio
L'UFFICIALE D'ANAGRAFE
**CERTIFICA CHE**

la famiglia di **GIAMPAOLI CIOCCA VANESSA**
qui residente in VIA MONTORSETTO N. 5
e' cosi' composta:

IS CIOCCA NATALIE                           **Codice Fiscale**
nata il 25/12/1977 a BARUTA-MIRANDA (YV)
atto N. 34 p. 2 s. B Anno 2001 di LORETO (AN)

GIAMPAOLI CIOCCA VANESSA          **Codice Fiscale**
nata il 20/09/2018 a SENIGALLIA (AN)
atto N. 47 p. 1 s. A Anno 2018 di LORETO (AN)

CIOCCA LEGNANI ITALO ANTONIO      **Codice Fiscale**
nato il 21/08/1942 a LORETO (AN)
atto N. 83 p. 1 s. A Anno 1942 di LORETO (AN)

GYARFAS RITA                             **Codice Fiscale**
nata il 14/11/1951 a CARACAS (YV)
atto N. 35 p. 2 s. B di

**Loreto, lì** 22/01/2020

Esente da diritti ad uso Notifica atti giudiziari.Ai sensi art. 18 del DPR n. 115 del 2002 Ris. n.24/E del18/04/16

IL COMPILATORE                     L'UFFICIALE D'ANAGRAFE
SPORTELLO1                                       PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi
(Art.15 , Legge 12 novembre 2011, n. 183)




# COMUNE DI LORETO
Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
**Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali**

### CERTIFICATO DI CITTADINANZA
L'Ufficiale d'Anagrafe
Visti gli atti d'ufficio certifica che:

atto N. 47 p. 1 s. A Anno 2018 di LORETO (AN)

RISULTA DI CITTADINANZA ITALIANA

**Loreto,** lì 22/01/2020

Esente da diritti ad uso Notifica atti giudiziari.Ai sensi art. 18 del DPR n. 115 del 2002 Ris. n.24/E del18/04/16

L'UFFICIALE D'ANAGRAFE

PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi
(Art.15 , Legge 12 novembre 2011, n. 183)

Petitioner's Exh A - page 000023



**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Fabriano, Jesi, Senigallia
Ufficio Anagrafe Assisti

UATIVO

ONALITA'
IA
sanitaria integrativa
Medico
one per Patologia

CODICE FISCALE



TIPO ISCRIZIONE

MEDICO
**GALASSI NADIA**

DATA SCELTA
28/09/2018

RILASCIATO DA
132



---



**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Fabriano, Jesi, Senigallia
Ufficio Anagrafe Assisti

FORME ASSOCIATIVE

MEDICO          (ambulatori:1)
**ROSSI RENZO**
Via Aschiabeli 22, Loreto

MEDICO          (ambulatori:1)
**PIAZZINI CLAUDIO**
Via Malagrampa  9, Osimo

MEDICO          (ambulatori:1)
**NUZZACI ROBERTO**
Via Brescia  9, Castelfidardo

MEDICO          (ambulatori:1)
**GARBUGLIA GABRIELE**
V.le Della Repubblica 8, Camerano

MEDICO          (ambulatori:1)
**BRIZI GRAZIANA**
Via Donizetti 2, Castelfidardo

MEDICO          (ambulatori:1)
**DICHIARA GABRIELLA**
Via San Gennaro, 28, Osimo

MEDICO          (ambulatori:1)
**NOBILINI ANNA**
Via La Fenice 2, Numana



---



**DIREZIONE AMMINISTRATIVA**
Distretti Sanitari
Ancona, Fabriano, Jesi, Senigallia
Ufficio Anagrafe Assisti

ZIONALITA'
LIA
tera sanitaria integrativa
in Medico
nzione per Patologia
a per Ufficio Anagrafe

CODICE FISCALE



CF BARCODE





IL
21/01/2020

Petitioner's Exh A - page 000023

Petitioner's Exh A - page 000024





ZONA TERRITORIALE 7



REGIONE
MARCHE

**DIPARTIMENTO DI PREVENZIONE**
**SERVIZIO DI IGIENE E SANITA' PUBBLICA**

**CERTIFICATO DI VACCINAZIONE**

certifica che ███████████████████ nata il ████████ a **SENIGALLIA** e residente a
**PRETO** in via **VIA MONTORSETTO 5** e stata sottoposta alle seguenti vaccinazioni:

| SIGLA | TIPO VACCINO | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | DOSE 1 | DOSE 2 | DOSE 3 | DOSE 4 | DOSE 5 | DOSE 6 | ALTRE DOSI |
| P 13 | VACCINO ANTIPNEUMOCOCCO 13VALENTE | 30-11-2018 | 08-02-2019 | 30-08-2019 | | | | |
| | VACCINO ANTIROTAVIRUS | 30-11-2018 | 08-02-2019 | | | | | |
| MPRV | VACCINO MORBILLO/ PAROTITE/ROSOLIA/ VARICELLA | | | | | | | |
| M B | VACCINO ANTIMENINGOCOCCO B | 11-01-2019 | 08-03-2019 | | | | | |
| | VACCINO ANTIVARICELLA | 09-01-2020 | | | | | | |
| R | VACCINO ANTIMORBILLO- ROSOLIA-PAROTITE | 09-01-2020 | | | | | | |
| Po HV B HB | VACCINO ESAVALENTE | 30-11-2018 | 08-02-2019 | 30-08-2019 | | | | |

ANCONA, 21-01-2020

**IL MEDICO**

AUUR MARCHE - AREA VASTA N° 2
ISP - Serv. Prevenzione e Sorveglianza
Malattie Infettive e Croniche Degenerative
Dott.ssa Silvia Giorgi
DIRIGENTE MEDICO

Petitioner's Exh A - page 000024

Petitioner's Exh A - page 000025



Petitioner's Exh A - page 000026









Low Firm
Alessandra Perticara'

Porto Potenza Picena, lì Feb. 3, 2020

To the Attention of:

Court of the United States of America

SUBJECT: REFERENCES OF THE ITALIAN LEGISLATION

Dear Court,

In Italy, unlike the American legal system (Common Law), we use the legal system of the Civil Law, which is the set of systems deriving from the (current) Civil Code and the special laws that regulate individual matters.

Then there is the orientation of the Italian Supreme Court (which is the highest expression of Italian jurisprudence) which establishes fundamental principles to which the individual Courts must comply.

With reference to the legislation on family law, since 2006 with Law no. 54 the principle of shared custody of children and bi-parenting was sanctioned.

Therefore the father and mother have equal rights and dignity and the children must have equal and equivalent relations with both parents.

Subsequently, the new Law no. 154/2013, in the matter of custody of the minor, proceeds in the footsteps traced by the previous Law n. 54/2006 which introduced the so-called shared custody.

Today, the legislator has provided for uniform rules for both the separation of spouses and those relating to children born outside the bond of marriage.

The new articles 337 bis et seq. cc replaced the articles 155 dictating rules relating to the provisions regarding all children, without any distinction between legitimate and natural Children.

They reaffirm the principle of co-parenting, once again confirming the child's right to maintain a balanced and constant relationship with both parents.

The Italian legal references are the following:

Civil Code Article 316

Parental responsibility.

Low Firm
Alessandra Perticara'

Both parents have parental responsibility which is exercised by mutual agreement taking into account the child's abilities, natural inclinations and aspirations. By mutual agreement, the parents establish the primary residence of the minor. In the event of a dispute on matters of particular importance, each of the parents can appeal to the judge without formalities, indicating the measures they deem most suitable. The judge, having heard the parents and willing to listen to the minor child who has reached the age of twelve and where capable of judgment also of a younger age, suggests the determinations that he deems most useful in the interest of the child and the family unit. If the dispute persists, the judge attributes the power of decision to that of the parents who, in the individual case, considers the most suitable to take care of the child's interest. The parent who recognized the child exercises parental responsibility over the child. If the recognition of the child, born out of wedlock, is done by the parents, the exercise of parental responsibility belongs to both. The parent who does not exercise parental responsibility supervises the education, upbringing and living conditions of the child.

Civil Code Article 336-bis

Listening to the child.

The minor who has reached the age of twelve and where capable of judgment, also of a younger age is heard by the president of the court or by the delegated judge in the context of the procedures in which measures concerning the minor must be adopted. If listening to the minor is contrary to the interest of the minor, or it appears to be superfluous, the judge does not proceed with the fulfillment, giving notice with a motivated provision. The hearing of the minor is conducted by the judge, who may use experts or other auxiliaries. Parents, even when parts of the procedure, the attorneys of the parties, the special curator of the minor, if already nominated, and the public prosecutor, are allowed to participate in the hearing if authorized by the judge, to whom they can propose arguments and themes of in-depth analysis before the beginning of the fulfilment. Before proceeding to listen to the minor, the judge informs the minor of the nature of the procedure and the effects that listening to the minor will have. Minutes of the fulfillment are prepared in which the behavior of the minor is described, or audio / video recording is made.

Civil Code Article 337-ter

Measures regarding children

Parental responsibility is exercised by both parents. Decisions of greatest interest to children relating to education, upbringing, health and the choice of the child's primary residence are made by mutual agreement taking into account the children's abilities, natural inclination and aspirations. In case of disagreement the decision is remitted to the judge. Limited to decisions on matters of ordinary administration, the judge can establish that parents exercise parental responsibility separately. If the

Low Firm
Alessandra Perticara'

parent does not comply with the dictated conditions, the judge will evaluate said behavior also in order to change the modalities of custody.

To achieve the purpose indicated in the first paragraph, in the proceedings referred to in the article 337-bis, the judge adopts the measures relating to children with exclusive reference to their moral and material interest. The judge prioritizes the possibility that the minor children remain entrusted to both parents or the judge establishes which of the parents the children are entrusted to. The judge determines the times and modalities of their presence with each parent, also setting the extent and the way in which each of the parents must contribute to the upkeep, care, education and upbringing of the children. The judge takes into consideration, if not contrary to the interest of the children, of the agreements between parents. The judge adopts any other provision relating to the minor, including family custody in the event of temporary impossibility of entrusting the minor to one of the parents. The judge of merit will implement the measures relating to the entrusting of the offspring and in the case of family custody, the measures will be implemented by both the judge of merit and the judge of office. For this purpose, a copy of the assignment measure is sent by the public prosecutor to the tutelary judge. Parental responsibility is exercised by both parents. Decisions of greatest interest to children relating to education, upbringing, health and the choice of the child's primary residence are made by mutual agreement taking into account the children's abilities, natural inclination and aspirations. In case of disagreement the decision is remitted to the judge. Limited to decisions on matters of ordinary administration, the judge can establish that parents exercise parental responsibility separately. If the parent does not comply with the dictated conditions, the judge will evaluate this behavior also for the purpose of changing the custody procedures.

Unless otherwise freely agreed upon by the parties, each of the parents provide for the maintenance of the children in proportion to their income; where necessary, the judge establishes the payment of a periodic allowance in order to achieve the principle of proportionality, to be determined considering:

1. the current needs of the child.

2. the standard of living enjoyed by the child when leaving with both parents.

3. the length of stay with each parent.

4. the economic resources of both parents.

5. the economic value of the care tasks assumed by each parent

In the absence of another parameter indicated by the parties or by the judge, the allowance is automatically adjusted to the ISTAT indices. If the economic information provided by the parents is not sufficiently documented, the judge orders an assessment by the tax police on the income and assets subject to the dispute, even if made out to different subjects.

Civil Code Article 574-bis

Child abduction and detention abroad

Low Firm
Alessandra Perticara'

Unless the fact constitutes a more serious crime, anyone who takes a minor from the parent exercising parental responsibility or guardian, leading him or keeping him abroad against the will of the same parent or guardian, preventing the exercise of all or part of the same parental responsibility, is punished with imprisonment from one to four years. If the offense referred to in the first paragraph is committed against a minor who has reached the age of fourteen and with his consent, the penalty of imprisonment from six months to three years applies. If the facts referred to in the first and second paragraphs are committed by a parent to the detriment of the minor child, the conviction involves the suspension from the exercise of parental authority.

I am available for any additional clarification, sincerely.

Attorney: Alessandra Particara'

### Affidavit of Translation

I make this statement voluntarily based upon my personal knowledge. I am a native speaking Italian fluent in the Italian languages and English. I have translated the aforementioned pages _____ through _____ as set forth by the respective authors converting Italian to English.

STATE OF FLORIDA
COUNTY OF LEE

Personally appeared before me the undersigned, Orazio Angeletti, who being first duly sworn says, based upon personal knowledge:

Affiant: _____

NOTARY

STATE OF FLORIDA
COUNTY OF LEE

The foregoing instrument was signed before me this 5th day of February, 2020, by Orazio Angeletti, who is either personally known to me ☑ or who has produced

FDL _____ as identification and who did ☐ did not ☐ take an oath.
FL

_____
Joanne Edwards

JOANNE EDWARDS
Notary Public, State of Florida
Commission# GG 81322
My comm. expires March 9, 2021

NOTARY PUBLIC
STATE OF FLORIDA

COMMISSION NUMBER: GG 81322

My Commission Expires: Mar. 09, 2021

STUDIO LEGALE

AVV. ALESSANDRA PERTICARA'

Porto Potenza Picena, lì 4.02.2020

Spett.le
TRIBUNALE DEGLI STATI UNITI
D'AMERICA

OGGETTO: RIFERIMENTI NORMATIVA ITALIANA

Eccellentissima Corte,

in Italia a differenza del sistema giuridico americano (Commonw law) vige il sistema giuridico del Civil Law, che è l'insieme dei sistemi derivanti dal Codice Civile (vigente) e leggi speciali che regolano le singole materie.

Poi vi è l'orientamento della Suprema Corte di Cassazione (che è la massima espressione della Giurisprudenza italiana) la quale sancisce principi fondamentali a cui i singoli tribunali di merito debbono attenersi.

Per quanto riguarda la normativa sostanziale in materia di diritto di famiglia e filiazione dal 2006 con la Legge n. 54 è stato sancito il principio dell'affido condiviso dei figli e della bi-genitorialità.

Dunque il padre e la madre hanno pari diritti e dignità e i figli debbono avere rapporti paritari ed equivalenti con entrambi i genitori.

Successivamente la nuova Legge n. 154/2013, in materia di **affidamento** del minore, procede sulle orme tracciate dalla precedente Legge n. 54/2006 che ha introdotto in Italia il c.d. affido condiviso.

Oggi, il legislatore ha previsto una disciplina unitaria sia per i procedimenti di separazione dei coniugi sia per quelli relativi ai figli nati al di fuori dal vincolo di coniugio.

I nuovi artt. 337 *bis* e ss. c.c. hanno sostituito gli artt. 155 e ss. c.c. dettando norme relative ai provvedimenti riguardo a tutti i figli, senza alcuna distinzione tra legittimi e naturali.

Essi ribadiscono il principio della bigenitorialità sancendo ancora una volta il diritto del minore di mantenere un rapporto equilibrato e costante con entrambi i genitori.

Via Regina Margherita, n. 133– 62018 PORTO POTENZA PICENA (MC)
Tel. e Fax 0733/1997833 e-mail: alessandra.perticara@gmail.com
Via Regina Margherita, n. 133– 62018 PORTO POTENZA PICENA (MC)
Tel. e Fax 0733/1997833 e-mail: alessandra.perticara@gmail.com
Cod. Fisc.: PRTLSN74D61C770B – Part. Iva: 01438290437

Petitioner's Exh A - page 000033

STUDIO LEGALE
AVV. ALESSANDRA PERTICARA'

I principi giuridici di riferimento sono dunque i seguenti:

## Art. 316 codice civile

Responsabilità genitoriale.

Entrambi i genitori hanno la responsabilità genitoriale che è esercitata di comune accordo tenendo conto delle capacità, delle inclinazioni naturali e delle aspirazioni del figlio. I genitori di comune accordo stabiliscono la residenza abituale del minore. In caso di contrasto su questioni di particolare importanza ciascuno dei genitori può ricorrere senza formalità al giudice indicando i provvedimenti che ritiene più idonei. Il giudice, sentiti i genitori e disposto l'ascolto del figlio minore che abbia compiuto gli anni dodici e anche di età inferiore ove capace di discernimento, suggerisce le determinazioni che ritiene più utili nell'interesse del figlio e dell'unità familiare. Se il contrasto permane il giudice attribuisce il potere di decisione a quello dei genitori che, nel singolo caso, ritiene il più idoneo a curare l'interesse del figlio. Il genitore che ha riconosciuto il figlio esercita la responsabilità genitoriale su di lui. Se il riconoscimento del figlio, nato fuori del matrimonio, è fatto dai genitori, l'esercizio della responsabilità genitoriale spetta ad entrambi. Il genitore che non esercita la responsabilità genitoriale vigila sull'istruzione, sull'educazione e sulle condizioni di vita del figlio.

## Art. 336-bis codice civile

Ascolto del minore.

Il minore che abbia compiuto gli anni dodici e anche di età inferiore ove capace di discernimento è ascoltato dal presidente del tribunale o dal giudice delegato nell'ambito dei procedimenti nei quali devono essere adottati provvedimenti che lo riguardano. Se l'ascolto è in contrasto con l'interesse del minore, o manifestamente superfluo, il giudice non procede all'adempimento dandone atto con provvedimento motivato. L'ascolto è condotto dal giudice, anche avvalendosi di esperti o di altri ausiliari. I genitori, anche quando parti processuali del procedimento, i difensori delle parti, il curatore speciale del minore, se già nominato, ed il pubblico ministero, sono ammessi a partecipare all'ascolto se autorizzati dal giudice, al quale possono proporre argomenti e temi di approfondimento prima dell'inizio dell'adempimento. Prima di procedere all'ascolto il giudice informa il minore della natura del procedimento e degli effetti dell'ascolto. Dell'adempimento è redatto processo verbale nel quale è descritto il contegno del minore, ovvero è effettuata registrazione audio video.

Via Regina Margherita, n. 133– 62018 PORTO POTENZA PICENA (MC)
Tel. e Fax 0733/1997833 e-mail: alessandra.perticara@gmail.com
Cod. Fisc.: PRTLSN74D61C770B -- Part. Iva: 01438290437

Petitioner's Exh A - page 000033

2\

STUDIO LEGALE
AVV. ALESSANDRA PERTICARA'

Art. 337-ter codice civile

Provvedimenti riguardo ai figli

La responsabilità genitoriale è esercitata da entrambi i genitori. Le decisioni di maggiore interesse per i figli relative all'istruzione, all'educazione, alla salute e alla scelta della residenza abituale del minore sono assunte di comune accordo tenendo conto delle capacità, dell'inclinazione naturale e delle aspirazioni dei figli. In caso di disaccordo la decisione è rimessa al giudice. Limitatamente alle decisioni su questioni di ordinaria amministrazione, il giudice può stabilire che i genitori esercitino la responsabilità genitoriale separatamente. Qualora il genitore non si attenga alle condizioni dettate, il giudice valuterà detto comportamento anche alfine della modifica delle modalità di affidamento.

Per realizzare la finalità indicata dal primo comma, nei procedimenti di cui all'articolo 337-bis, il giudice adotta i provvedimenti relativi alla prole con esclusivo riferimento all'interesse morale e materiale di essa. Valuta prioritariamente la possibilità che i figli minori restino affidati a entrambi i genitori oppure stabilisce a quale di essi i figli sono affidati, determina i tempi e le modalità della loro presenza presso ciascun genitore, fissando altresì la misura e il modo con cui ciascuno di essi deve contribuire al mantenimento, alla cura, all'istruzione e all'educazione dei figli. Prende atto, se non contrari all'interesse dei figli, degli accordi intervenuti tra i genitori. Adotta ogni altro provvedimento relativo alla prole, ivi compreso, in caso di temporanea impossibilità di affidare il minore ad uno dei genitori, l'affidamento familiare. All'attuazione dei provvedimenti relativi all'affidamento della prole provvede il giudice del merito e, nel caso di affidamento familiare, anche d'ufficio. A tal fine copia del provvedimento di affidamento è trasmessa, a cura del pubblico ministero, al giudice tutelare. La responsabilità genitoriale è esercitata da entrambi i genitori. Le decisioni di maggiore interesse per i figli relative all'istruzione, all'educazione, alla salute e alla scelta della residenza abituale del minore sono assunte di comune accordo tenendo conto delle capacità, dell'inclinazione naturale e delle aspirazioni dei figli. In caso di disaccordo la decisione è rimessa al giudice. Limitatamente alle decisioni su questioni di ordinaria amministrazione, il giudice può stabilire che i genitori esercitino la responsabilità genitoriale separatamente. Qualora il genitore non si attenga alle condizioni dettate, il giudice valuterà detto comportamento anche al fine della modifica delle modalità di affidamento.

Salvo accordi diversi liberamente sottoscritti dalle parti, ciascuno dei genitori provvede al mantenimento dei figli in misura proporzionale al proprio reddito; il giudice stabilisce, ove necessario, la corresponsione di un assegno periodico al fine di realizzare il principio di proporzionalità, da determinare considerando:

1. le attuali esigenze del figlio.
2. il tenore di vita goduto dal figlio in costanza di convivenza con entrambi i genitori.
3. i tempi di permanenza presso ciascun genitore.
4. le risorse economiche di entrambi i genitori.

Via Regina Margherita, n. 133 – 62018 PORTO POTENZA PICENA (MC)
Tel. e Fax 0733/1997833 e-mail: alessandra.perticara@gmail.com
Cod. Fisc.: PRTLSN74D61C770B – Part. Iva: 01438290437

22

**STUDIO LEGALE**
**AVV. ALESSANDRA PERTICARA'**

5. la valenza economica dei compiti domestici e di cura assunti da ciascun genitore.

L'assegno è automaticamente adeguato agli indici ISTAT in difetto di altro parametro indicato dalle parti o dal giudice. Ove le informazioni di carattere economico fornite dai genitori non risultino sufficientemente documentate, il giudice dispone un accertamento della polizia tributaria sui redditi e sui beni oggetto della contestazione, anche se intestati a soggetti diversi.

**Art. 574-bis codice penale**

Sottrazione e trattenimento di minore all'estero

Salvo che il fatto costituisca più grave reato, chiunque sottrae un minore al genitore esercente la responsabilità genitoriale o al tutore, conducendolo o trattenendolo all'estero contro la volontà del medesimo genitore o tutore, impedendo in tutto o in parte allo stesso l'esercizio della responsabilità genitoriale, è punito con la reclusione da uno a quattro anni.
Se il fatto di cui al primo comma è commesso nei confronti di un minore che abbia compiuto gli anni quattordici e con il suo consenso, si applica la pena della reclusione da sei mesi a tre anni.
Se i fatti di cui al primo e secondo comma sono commessi da un genitore in danno del figlio minore, la condanna comporta la sospensione dall'esercizio della potestà dei genitori.

A disposizione per ogni ulteriore delucidazione, porgo cordiali saluti.

*Avv. Alessandra Perticarà*

Via Regina Margherita, n. 133– 62018 PORTO POTENZA PICENA (MC)
Tel. e Fax 0733/1997833 e-mail: alessandra.perticara@gmail.com
Cod. Fisc.: PRTLSN74D61C770B – Part. Iva: 01438290437

B

**Petitioner's Exhibit B - page 000001**

Loreto, lì 3/10/2019

Racc. a/r all'indirizzo:

Sig. Eugenio Giampaoli
Via A. De Gasperi, 7
62018 Potenza Picena (MC)

Con la presente ti comunico, come preannunciato a voce, che io
e mia figlia, in data odierna, ci trasferiremo in America, presso
l'abitazione di mia proprietà, di cui ti lascio l'indirizzo: 1620
Parilla Circle, Trinity, FL, 34655.

Tale decisione si è posta come condizione obbligata per la
sottoscritta, atteso che in Florida ho ottenuto un contratto di
lavoro che mi permetterà di occuparmi autonomamente (in termini
economici) della bambina. Infatti, come a te noto, dalla nascita
di nostra figlia ████████ ne io ne lei abbiamo mai ricevuto  alcun
versamento economico per il suo mantenimento, nonostante tu fossi
a conoscenza del fatto che  io non avessi un lavoro.

Comunico, infine, che i recapiti telefonici resteranno inva-
riati e che potrai venire a trovare la bambina quando vuoi, previo
avviso di almeno 7 giorni che mi consentiranno di potermi orga-
nizzare con gli impegni lavorativi.

A presto

Natalie Ciocca

Ciocca Natalie
Via Montorsetto n. 5
60025 Loreto (AN)

R

15361265524-6

**Petitioner's Exhibit B - page 000002**

**Petitioner's Exhibit B - page 000003**

Loreto (Italy), October 3rd, 2019

Registered letter with returned receipt to the address:

                              Mr. Eugenio Giampaoli
                              Via A . De Gasperi, 7
                              62018 Potenza Picena (MC)

With the following I would like to inform you, as I had mentioned to you verbally, that my daughter and I, on today's date, are moving to the United States, to my residence, of which address is:             ,       FL

I was forced to make such a decision since I have received a working contract in Florida that will allow me to independently care (in terms of finances) about the child.  In fact, as you are aware, from the day that our daughter ▆▆▆▆ was born neither I nor her have ever received any money for her support despite the fact that you were aware that I had no job.

Finally, I am informing you that the telephone numbers will not change and that you could come to visit the child whenever you want, with a notice of at least 7 days that will be necessary in order for me to plan according to my working schedule.

See you soon

Natalie Ciocca

**Petitioner's Exhibit B - page 000003**

**Petitioner's Exhibit B - page 000004**

<u>Affidavit of Translation</u>

     I make this statement voluntarily based upon my personal knowledge.  I am a native speaking Italian fluent in the Italian languages and English.  I have translated the aforementioned pages _____ through _____ as set forth by the respective authors converting Italian to English.

STATE OF FLORIDA
COUNTY OF LEE

     Personally appeared before me the undersigned, Orazio Angeletti, who being first duly sworn says, based upon personal knowledge:

Affiant: _____

**NOTARY**

STATE OF FLORIDA
COUNTY OF LEE

     The foregoing instrument was signed before me this 5th day of February, 2020, by Orazio Angeletti, who is either personally known to me ☑ or who has produced

FIDL _____, as identification and who did ☐ did not ☐ take an oath.

_Joanne Edwards_

**NOTARY PUBLIC**
**STATE OF FLORIDA**

COMMISSION NUMBER: GG 81322

My Commission Expires: Mar. 09, 2021

JOANNE EDWARDS
Notary Public, State of Florida
Commission# GG 81322
My comm. expires March 9, 2021

**Petitioner's Exhibit B - page 000004**

C

**Petitioner's Exhibit C - page 000001**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
FAMILY LAW DIVISION

IN RE:  THE MATTER OF
NATALIE CIOCCA,
          **Petitioner/Mother,**          **CASE NO.: 19-9533-FD**

vs.

EUGENIO GIAMPAOLI,
          **Respondent/Father.**

                           /

## AMENDED UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA) AFFIDAVIT

I, **NATALIE CIOCCA**, being sworn certify that the following statements are true:

1.      The number of minor child subject to the proceeding is 1. The name, place of birth, birth date, and sex of each child; the present address, periods of residence, and places where each child has lived within the past five (5) years; and the name, present address, and relationship to the child of each person whom the child has lived during that time are:

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD #1:**

      Child's Full Legal Name: ██████████████████
      Place of Birth: **Italy**    Date of Birth: ███████████    Sex: **Female**

Child's Residence for the past 5 years:

| Dates (From/To) | Address where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| ████████ to Present | ██████ FL 34655 | Natalie Ciocca ████████ FL 34655 | Mother |
| | | Italo Ciocca | Maternal Grandfather |
| | | Rita Ciocca | Maternal Grandmother |
| | | Same as above. | |

2.      **Participation in custody or time-sharing proceeding(s):**

      I HAVE NOT participated as a party, witness, or in any capacity in any other litigation or custody proceeding in this or any other state, concerning custody of or time-sharing with a child subject

**Petitioner's Exhibit C - page 000001**

to this proceeding.

3. **Information about custody or time-sharing proceeding(s):**

I DO NOT HAVE INFORMATION of any custody or time-sharing proceeding pending in a court of this or any other state concerning a child subject to this proceeding.

4. **Persons not a party to this proceeding:**

I DO NOT KNOW OF ANY PERSON not a party to this proceeding who has physical custody or claims to have custody, visitation or time-sharing with respect to any child subject to this proceeding.

5. **Knowledge or prior child support proceedings:**

The child described in this affidavit are NOT subject to existing child support order(s) in this or any other state, jurisdiction, or country.

6. **I acknowledge that I have a continuing duty to advise this Court of any custody, visitation or time-sharing, child support or guardianship proceeding (including dissolution of marriage, separate maintenance, child neglect, or dependency) concerning the child(ren) in this state or any other state about which information is obtained during this proceeding.**

7. A completed Notice of Confidential Information within Court Filing, Florida Rules of Judicial Administration Appendix to Rule 2.420 Form, is filed with this Affidavit.

*[The remainder of this page is left blank intentionally.]*

**Petitioner's Exhibit C - page 000003**

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this ~~motion~~ Affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 1-17-2020

Natalie Ciocca

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

Sworn to or affirmed and signed before me by Natalie Ciocca, who is ____ personally known by me, or who provided _____ as identification on this 17 day of January, 2020.

NOTARY PUBLIC or DEPUTY CLERK

ALEXIS LOONEY
Commission # GG 123377
Expires July 11, 2021
Bonded Thru Budget Notary Services

[Print, type, or stamp commissioned name of notary.]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been sent via Electronic Portal to Oxalis Garcia, Esquire at lawyer1@berrylaw.com; mcberry@berrylaw.com; and e-service@berrylaw.com on this 22nd day of January, 2020.

/s/ Tara Scott Lynn
Tara Scott Lynn, Esquire
Attorney for Mother
Florida Bar No. 0781851
Law Offices of Tara J. Scott, P.A.
2501 1st Avenue North
St. Petersburg, FL 33713
Telephone: (727) 329-8741
E-Service: tjscottlaw@gmail.com
Secondary: tara@tarajscott.com
Secondary: stpete@tarajscott.com

**Petitioner's Exhibit C - page 000003**

D

Petitioner's Exhibit D - page 000001

Petitioner's Exhibit D - page 000002



Petitioner's Exhibit D - page 000003



March 2019

Mother & Child

March 2019

April 2019

Loreto    April 2019
7 apr 2019 · Loreto

Loreto    April 2019
21 apr 2019 · Loreto    Mostra tutti

April 2019

May 2019

Father & Child

Petitioner's Exhibit D - page 000004



Petitioner's Exhibit D - page 000006



Petitioner's Exhibit D — page 000008



Baptism Ceremony - Italy June 23, 2019



City of Macerata, Italy                    City of Macerata, Italy



City of Recanati, Italy



# COMUNE DI LORETO

### Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI

### Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

### STATO DI FAMIGLIA STORICO
Visti gli atti d'Ufficio
L'UFFICIALE D'ANAGRAFE
**CERTIFICA CHE**

**Alla DATA del 06/03/2002**

la famiglia di **CIOCCA NATALIE**
era residente in **Via Montorsetto N. 5**

era cosi' composta:

IS CIOCCA NATALIE
nato il 25/12/1977 a BARUTA-MIRANDA (YV)
atto N. 34 p. 2 s. B Anno 2001 di LORETO (AN)
NU

**Loreto**, Il 07/10/2019

L'ufficiale d'Anagrafe

PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi
(Art.15 , Legge 12 novembre 2011, n. 183)





## COMUNE DI LORETO

Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI

Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

## Historic Family Status

Based on the office records
The Registry Office
**Certifies that:**

**On the date of March 6, 2002**

The family of **CIOCCA NATALIE**
Was a resident in VIA MONTORSETTO, NO. 5

And consisted of:

CIOCCA NATALIE
Born on ████████ in BARUTA-MIRANDA (Venezuela)
Birth Record no. 34 p. 2 s. B Year 2001 city of LORETO (Province of Ancona)

**Loreto,** October 7, 2019

Registry Office

Paolo Severini




# COMUNE DI LORETO
### Provincia di Ancona

## 6 ° Settore Funzionale – SERVIZI
### Servizi Demografici- Servizi Sociali – Servizi Educativi – Servizi Cimiteriali

### STATO DI FAMIGLIA STORICO
Visti gli atti d'Ufficio
L'UFFICIALE D'ANAGRAFE
**CERTIFICA CHE**

**Alla DATA del 20/09/2018**

la famiglia di ███████████████
era residente in **Via Montorsetto N. 5**

era cosi' composta:

IS CIOCCA NATALIE
nato i ███████ a BARUTA-MIRANDA (YV)
atto N. 34 p. 2 s. B Anno 2001 di LORETO (AN)
NU

███████████████
nato il 20/09/2018 a SENIGALLIA (AN)
atto N. 47 p. 1 s. A Anno 2018 di LORETO (AN)
NU

CIOCCA LEGNANI ITALO ANTONIO
nato il ███████ a LORETO (AN)
atto N. 83 p. 1 s. A Anno 1942 di LORETO (AN)
CG con GYARFAS RITA

GYARFAS RITA
nato il ███████ a CARACAS (YV)
atto N. 35 p. 2 s. B di
CG con CIOCCA ITALO ANTONIO

**Loreto**, lì 07/10/2019



L'ufficiale d'Anagrafe
PAOLO SEVERINI

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi
(Art.15 , Legge 12 novembre 2011, n. 183)



**Text message that the Mother sent to Eugenio on October 4th, 2019 - Translation**

Hello Eugenio.  I would like to inform you that from today my daughter [REDACTED] and I are <u>permanently</u> ("Definitivamente" -> Definitely) moving to my only residence having finally found a job in Florida that will allow me to independently care, in terms of finances, about [REDACTED] Via mail you will receive a certified letter that I sent you before my departure that will include all the legal details that you are entitled to.



venerdì     04/10/2019

Ciao Eugenio. Ti comunico
che da oggi io e mia figlia
[REDACTED] ci siamo
definitivamente trasferite
nella mia unica abitazione,
avendo finalmente trovato
un lavoro in Florida che mi
consentirà di occuparmi
autonomamente, in termini
economici, di [REDACTED]
Riceverai per posta una
raccomandata che ti ho
inviato prima di partire con
tutti i dettagli a te spettanti
a termini di legge.



Bene è quello che temevo e
che avevo immaginato





RESIDENZA / RESIDENCE / DOMICILE (11)

POTENZA PICENA (MC)

RESIDENZA / RESIDENCE / DOMICILE (11)

RESIDENZA / RESIDENCE / DOMICILE (11)

STATURA / HEIGHT / TAILLE (12)

175

COLORE DEGLI OCCHI / COLOUR OF EYES / COULEUR DES YEUX (13)

MARRONI

PASSAPORTO
PASSPORT
PASSEPORT

**REPUBBLICA ITALIANA**
Tipo. Type. Type.  Codice Passa. Code of issuing State. Code de Pays Emetteur.  Passaporto N. Passport No. Passeport N°.

P    ITA

Cognome. Surname. Nom. (1)
GIAMPAOLI

Nome. Given Names. Prénoms. (2)
EUGENIO

Cittadinanza. Nationality. Nationalité. (3)
ITALIANA

Data di nascita. Date of birth. Date de naissance. (4)

Sesso. Sex. Sexe. (5)   Luogo di nascita. Place of birth. Lieu de naissance. (6)
M        RECANATI (MC)

Data di rilascio. Date of issue. Date de délivrance. (7)
25 MAG/MAY 2016

Data di scadenza. Date of expiry. Date d'expiration. (8)
24 MAG/MAY 2026

Autorità. Authority. Autorité. (9)
MINISTRO AFFARI ESTERI
E COOPERAZIONE INTERNAZIONALE
Firma del titolare. (10)
Holder's signature / Signature du titulaire

P<ITAGIAMPAOLI<<EUGENIO<<<<<<<<<<<<<<<<<<<<<<<
<<<<<<<<<<<<04

36

Io sottoscritto LATINI LEONARDO nato ad Ancona i███████████ e residente a recanati (mc)  come conoscente del sig Giampaoli Eugenio e della sig Natalie Ciocca

DICHIARO QUANTO SEGUE

Posso testimoniare chedall███████ data della nascita della loro figli███████ la bambina e' sempre vissuta in ITALIA in quanto piu' volte veniva con i genitori Eugenio e Natalie ospiti nella mia abitazione

Ho anche partecipato ad i festeggiamenti per il battesimo della piccola Vanessa nel giugno del 2019 presso il ristorante Anton di Recanati

La bambina risiedeva nella casa di Loreto in via montorsetto n° 5 di proprieta' di Natalie dove io stesso sono stato piu volte ospite durante il suo primo anno di vita

In fede

Latini Leonardo







Petitioner's Exhibit D - page 000016

Io sottoscritto MORETTI AUGUSTO nato a Potenza Picena (mc) il ████████ e residente a Potenza Picena (MC) in via Aprutina n° 100  come conoscente del sig Giampaoli Eugenio e della sig Natalie Ciocca

DICHIARO QUANTO SEGUE

Posso testimoniare che dall ████████ data della nascita della loro figlia ████████ la bambina e' sempre vissuta in ITALIA  nella casa di sua madre Natalie di cui Eugenio frequentava giornalmente e provvedeva ad accudire la piccola amorevolmente  fino alla data della sua improvvisa partenza per la florida  il 04 Novembre 2019

In fede
Moretti Augusto

39







Io sottoscritta DENISE SGOLASTRA  nata a Recanati (mc) il █████████ residente a Potenza Picena (MC) in via Puccini n° 48 come conoscente del sig Giampaoli Eugenio e della sig Natalie Ciocca

DICHIARO QUANTO SEGUE

Posso testimoniare che dal █████████ data della nascita della loro figlia Vanessa, la bambina e' sempre vissuta in ITALIA  nella casa di sua madre Natalie

Piu' volte dalla nascita abbiamo visitato  io e la mia famiglia la bambina nella casa di Loreto in via Montorsetto  5 dove abbiamo sempre trovato Eugenio che accudiva la piccola

 fino alla data della sua fuggitiva partenza con la madre per la florida  il 04 Novembre 2019

In fede

Denise Sgolastra

41



Io sottoscritta CATTOLICA ANTONELLA  nata a MACERATA (MC) il ███████ e residente a Potenza Picena (MC) in via APRUTINA N° 101 come conoscente del sig Giampaoli Eugenio e della sig Natalie Ciocca

DICHIARO QUANTO SEGUE

Posso testimoniare che da ███████ data della nascita della loro figlia ███████ la bambina e' sempre vissuta in ITALIA  nella casa di sua madre Natalie di cui Eugenio frequentava giornalmente e provvedeva ad accudire amorevolmente la piccola Vanessa

 fino alla data della sua improvvisa  partenza con la madre per la florida  il 04 Novembre 2019

In fede

Cattolica Antonella

43

Petitioner's Exhibit D - page 000021











IO SOTTOSCRITTO MARIOTTI ROBERTO NATO A. RECANATI

IL ████████ E RESIDENTE A. MONTELUPONE (MC)

COD. FISC. MRT RRT 68D 15H 211U

DICHIARO QUANTO SEGUE.

SONO AMICO DI GIAMPAOLI EUGENIO DA PIÙ DI 10 ANNI E

POSSO TESTIMONIARE CHE EUGENIO HA CONOSCIUTO NATALIE

NEL 2016 E DA ALLORA SIAMO STATI SPESSO IN COMPAGNIA

IN CENE VACANZE IN BARCA ECC.

HO PARTECIPATO ANCHE AL BATTESIMO DELLA PICCOLA ████████

NATA IL ████████

DICHIARO QUINDI CHE LA BAMBINA HA SEMPRE VISSUTO IN

ITALIA DALLA NASCITA FINO AD OTTOBRE 2019 QUANDO

VENNO INFORMATO CHE NATALIE ERA PARTITA PER LA FLORIDA

PORTANDOLA CON SÉ CON L'INTENZIONE DI NON RITORNARE

IN FEDE

Mariotto Roberto

Petitioner's Exhibit D - page 000023

45





The undersigned LATINI LEONARDO born in ANCONA on ███████████ and resident of the city of Recanati, Province of Macerata [Italy], as a friend of Mr. Giampaoli Eugenio e Ms. Natalie Ciocca.

I DECLARE THE FOLLOWING

I can attest that from the date of birth of the daughter ████████████████ the child has always lived in ITALIA and in numerous occasions ██████ was a guest at my house together with her parents Eugenio and Natalie.

I have also participated to ████████ baptism ceremony on June 2019 that took place at the restaurant Anton in the city of Recanati [Italy].

The child resided at Natalie's house located in the city of Loreto [Italy] at the address of Via Montorsetto, 5, were I was invited as a guest in a number of occasions during the first year of ███████

In Good Faith

Latini Leonardo

The undersigned Moretti Augusto born in Potenza Picena (Province of Macerata) on ▮▮▮▮▮▮▮ and resident in Via Aprutina, 100 A in Potenza Picena as a friend of Mr. Giampaoli Eugenio e Ms. Natalie Ciocca.

DECLARE THE FOLLOWING

I can attest that from ▮▮▮▮▮▮▮▮▮ the birth date of ▮▮▮▮ the child has always lived in Italy in Natalie's house where Eugenio was visiting daily and caring and loving ▮▮▮▮ until her sudden departure to Florida on October 4, 2019

In Good Faith

Moretti Augusto

The undersigned DENISE SGOLASTRA born in RECANATI [ITALY] ON ████████ and resident in Via PUCCINI in Potenza Picena [Italy] as a friend of Mr. Giampaoli Eugenio e Ms. Natalie Ciocca.

DECLARE THE FOLLOWING

I can attest that from the date of ████████ birth on ████████████ the child has always lived in ITALIA in the house of her mom Natalie.

In multiple occasions my family and I visited the child in her residence in Loreto [Italy] at the address: Via Montorsetto, 5 where we always found Eugenio caring for the child until the date of her sudden departure with her mom to go to Florida on October 4, 2019

In Good Faith

Denise Sgolastra

*49*

The undersigned Cattolica Antonella born in Macerata [Italy] on ████████ and resident in Via Aprutina 101A Potenza Picena [Italy] as a friend of Mr. Giampaoli Eugenio e Ms. Natalie Ciocca.

DECLARE THE FOLLOWING

I can attest that from the date of ████████ birth on ████████████ the child has always lived in Italy in the house of her mom Natalie where Eugenio was visiting daily and was caring about the child with love until the date of her sudden departure for Florida on October 4, 2019.

In Good Faith

Cattolica Antonella

The undersigned Mariotti Roberto born in Recanati on ██████████ and resident in Montelupone (Province of Macerata) [Italy], Italian Social Security no.██████████

DECLARE THE FOLLOWING

I have been a friend of Giampaoli Eugenio for more than 10 years and I can witness that Eugenio met Natalie in 2016 and since than we often spend time together during dinners, boating vacations, etc.

I have also attended to ██████████ baptism ceremony who was born on ██████████

I declare that the child has always lived in Italy since her birth until October 2019 when I was informed that Natalie had left for Florida taking the child with her and with the intention of not returning to Italy.

In Good Faith

Mariotti Roberto

§1

### Affidavit of Translation

I make this statement voluntarily based upon my personal knowledge. I am a native speaking Italian fluent in the Italian languages and English. I have translated the aforementioned pages __36__ through __50__ as set forth by the respective authors converting Italian to English.

STATE OF FLORIDA
COUNTY OF LEE

Personally appeared before me the undersigned, Orazio Angeletti, who being first duly sworn says, based upon personal knowledge:

Affiant: _____

**NOTARY**

STATE OF FLORIDA
COUNTY OF LEE

The foregoing instrument was signed before me this __5 th__ day of February, 2020, by Orazio Angeletti, who is either personally known to me ☑ or who has produced __FL DL__ _____, as identification and who did☐ did not☐ take an oath.

_Joanne Edwards_

JOANNE EDWARDS
Notary Public, State of Florida
Commission# GG 81322
My comm. expires March 9, 2021

**NOTARY PUBLIC**
**STATE OF FLORIDA**

COMMISSION NUMBER: _GG  81322_

My Commission Expires: _Mar. 09, 2021_